Richard J. Angell, Nevada Bar ID No. 9339
Ashley C. Nikkel, Nevada Bar ID No. 12838
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
rangell@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Sunset Commercial LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>STAUFFER MANAGEMENT COMPANY, a Delaware Limited Liability Company; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC., a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 2:23-CV-02081-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR DEFENDANT MONTROSE CHEMICAL CORPORATION OF CALIFORNIA TO RESPOND TO COMPLAINT (ECF 1)**<br><br>*(First Request)* |

Plaintiff Sunset Commercial LLC ("Sunset") and Defendant Montrose Chemical Corporation of California ("Montrose"), by and through counsel of record, and consistent with Local Rule IA 6.1(a), hereby stipulate to an extension of time for Montrose to respond to Plaintiff's Complaint (Docket Entry No. 1, the "Complaint") until **May 7, 2024** (the "Stipulation"), a deadline imposed on other Defendants to file a response.

PARSONS
BEHLE &
LATIMER

28015.001\4867-6707-4738.v3

1

1. This is the first requested extension of these deadlines. *See* Local Rule IA 6-1(a).

The parties seek to abide by this Court's "Standing Order" filed on December 19, 2023 (Docket Entry No. 9), stating that "Judge Navarro will generally deny a stipulation or motion for a continuance or extension of time which lacks justification," and that "[s]uch requests may be granted only in extraordinary circumstances if just cause is presented." The parties to this Stipulation therefore identify the following points of justification that show just cause exists for granting the Stipulation:

1. Sunset filed the instant Complaint against the eight (8) Defendants captioned above on December 14, 2023, seeking judgment against all Defendants for contribution damages "for response costs in accordance with CERCLA Section[] 107(a)," (*see* Complaint "Prayer for Relief" ¶ 1), meaning at least a portion of the Complaint's allegations (and especially its first two Claims for Relief) necessitate proceeding against all Defendants together, rather than serially (*see* Compl. ¶¶ 154–78);

2. All eight (8) Defendants have been served on or before March 13, 2024 (*see* Docket Entry Nos. 19–26);

3. Prior to this Stipulation only one other Defendant, Olin Corporation, has made an appearance in this case (*see* Docket Entry No. 12);

4. The parties to this Stipulation agree it would be fair, not only to themselves but to the other Defendants, to not require Montrose to file an Answer sooner than other Defendants must file an Answer, since some of Plaintiff's claims are asserted against all Defendants jointly;

5. It would benefit Plaintiff and the Defendants that timely appear to know which Defendants may be subject to default proceedings;

6. It is the intent of the parties to this Stipulation to use the additional time to explore the possibility of mediation;

7. Discovery has not yet commenced in this case, obviating the need for further explanation under Local Rule 26-3; and

8. Extending the deadline for Montrose to file a responsive pleading would not prejudice any other party to this case, nor would it affect any other deadlines at this early stage in the proceedings.

DATED: March 28, 2024.

LATHAM & WATKINS LLP

By: */s/ Kelly E. Richardson*
Kelly E. Richardson, Nevada Bar 7880
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858.523.3979
kelly.richardson@lw.com

*Attorney for Montrose Chemical Corporation of California*

DATED: March 28, 2024.

PARSONS BEHLE & LATIMER

By: */s/ Ashley C. Nikkel*
Richard J. Angell, Nevada Bar ID 9339
Ashley C. Nikkel, Nevada Bar No. 12838
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone:  775.323.1601
Facsimile:  775.348.7250
rangell@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Sunset Commercial LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 28th day of March, 2024, I filed a true and correct copy of the foregoing document, **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT MONTROSE CHEMICAL CORPORATION OF CALIFORNIA TO RESPOND TO COMPLAINT (ECF 1) (FIRST REQUEST),** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

| | |
|---|---|
| MCGUIRE WOODS LLP<br>Carson Barlett<br>Matthew Fender<br>Robert Redmond<br>800 East Canal Street<br>Richmond, VA 23219 | HOLLAND & HART LLP<br>Joseph G. Went<br>Sydney Gambee<br>9555 Hillwood Drive, 2nd Floor<br>Ste. Second Floor<br>Las Vegas, NV 89134<br>srgambee@hollandhart.com<br>jgwent@hollandhart.com |

           */s/ Roni L. Shaffer*
Employee of Parsons Behle & Latimer

28015.001\4867-6707-4738.v3

4