ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
DOTSON LAW
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel:  (775) 501-9400
Email:  rdotson@dotsonlaw.legal
        dhayward@dotsonlaw.legal
*Attorneys for Defendant,*
*Atlantic Richfield Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>     Plaintiff,<br>vs.<br><br>STAUFFER MANAGEMENT COMPANY, a Delaware Limited Liability Company; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC., a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>     Defendants. | Case No.:  2:23-cv-02081-GMN-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT ATLANTIC RICHFIELD COMPANY TO FILE RESPONSIVE PLEADING TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, 6-2, and LR 7-1, Plaintiff SUNSET COMMERCIAL LLC ("Plaintiff"), and Defendant ATLANTIC RICHFIELD COMPANY ("Atlantic Richfield"), by and through their counsel of record, hereby agree and stipulate to extend the time allowed for Atlantic Richfield to respond to Plaintiff's Amended Complaint, up

to and including May 14, 2024.  This is the first request to extend this date for Atlantic Richfield.  However, similar requests have been filed by other parties.  Based upon Atlantic Richfield's filed waiver of service (ECF No. 19), its responsive pleading would otherwise be due on May 7, 2024.

This Stipulation is entered into to accommodate the needs and orderly presentation of the case as a whole regarding Atlantic Richfield.  Plaintiff has filed an Amended Complaint on April 15, 2024 (ECF No. 35), and counsel for Atlantic Richfield would appreciate additional time to review, investigate, and prepare a response.

Further, this case involves multiple parties, who are engaged in preliminary discussions and considering the possibility of mediation and other actions to streamline the dispute.  This request will allow additional time for those discussions.

Discovery has not commenced in this case, and no Defendant has yet filed an answer or motion in response to the Amended Complaint, and therefore this request will cause no delay and is consistent with the orderly, just, and efficient determination of this proceeding.

///

///

///

///

///

///

///

///

///

///

///

This Stipulation is made for good cause and not for the purposes of delay. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

IT IS SO STIPULATED.

DATED this 26th day of April, 2024.

PARSONS BEHLE & LATIMER

/s/ RICHARD J. ANGELL
RICHARD J. ANGELL
Nevada State Bar No. 9339
ASHLEY C. NIKKEL
Nevada State Bar No. 12838
50 West Liberty St, Ste 750
Reno, NV 89501
(775) 323-1601
*Attorneys for Plaintiff*

DATED this 26th day of April, 2024.

DOTSON LAW

/s/ ROBERT A. DOTSON
ROBERT A. DOTSON
Nevada State Bar No. 5285
DANIEL T. HAYWARD
Nevada State Bar No. 5986
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
(775) 501-9400
*Attorneys for Defendant,*
*Atlantic Richfield Company*

IT IS SO ORDERED.

DATED this  29  day of  April , 2024.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of DOTSON LAW and that on this date I caused to be served a true and correct copy of the foregoing by:

☐ (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Dotson Law, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

☒ By electronic service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following individuals.

☐ (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

☒ Email.

addressed as follows:

| | |
|---|---|
| Richard J. Angell<br>Ashley C. Nikkel<br>Parsons Behle & Latimer<br>50 West Liberty St, Ste 750<br>Reno, NV 89501<br>rangell@parsonsbehle.com<br>anikkel@parsonsbehle.com<br>*Attorney for Plaintiffs* | J. Colby Williams<br>Campbell & Williams<br>710 South Seventh St, Ste. A<br>Las Vegas, NV 89101<br>jcw@cwlawlv.com<br>*Attorney for Defendant, Montrose Chemical Corporation of California* |
| Kelly E. Richardson<br>Latham & Watkins LLP<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>kelly.richardson@lw.com<br>*Attorney for Defendant, Montrose Chemical Corporation of California* | Carson Bartlett<br>Matthew Fender<br>Robert Redmond<br>McGuire Woods LLP<br>800 East Canal Street<br>Richmond, VA 23219<br>cbartlett@mcguirewoods.com<br>mfender@mcguirewoods.com<br>rredmond@mcguirewoods.com<br>*Attorney for Defendant, Olin Corporation* |

Joseph G. Went
Sydney Gambee
Holland & Hart LLP
9555 Hillwood Dr, 2nd Floor
Las Vegas, NV 89134
jgwent@hollandhart.com
srgambee@hollandhart.com
*Attorney for Defendant, Olin Corporation*

DATED this 26th day of April 2024.

                                              /s/ L. MORGAN BOGUMIL
                                            L. MORGAN BOGUMIL