JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
LINDSAY AGER
Assistant United States Attorney
Nevada Bar No. 11985
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Lindsay.Ager@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUNSET COMMERCIAL LLC, <br><br> Plaintiff, <br><br> v. <br><br> BAYER CROPSCIENCE, INC. et al., <br><br> Defendants. | Case No. 2:23-cv-02081-GMN-BNW <br><br> **Motion to Admit Government Attorneys to Practice in the District of Nevada for the Duration of Attorneys' Government Employment** |

Pursuant to LR IA 11-3, the United States of America respectfully requests that the Court admit Government attorneys Brandon N. Adkins and Rachel D. Martinez to practice in the District of Nevada for the above-captioned case and in all matters in this district during their period of employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Mr. Adkins is an attorney with the United States Department of Justice, Environment and Natural Resources Division, an agency of the federal government, and is a member in good standing of the bar of the District of Columbia (#1010947).

Mr. Adkins' contact information is as follows:

> Brandon N. Adkins
> Senior Trial Counsel
> U.S. Department of Justice
> Environment and Natural Resources Division
> P.O. Box 7611
> Washington, D.C. 20044
> Phone: (202) 616-9174
> Email: Brandon.Adkins@usdoj.gov

Ms. Martinez is an attorney with the United States Department of Justice, Environment and Natural Resources Division, an agency of the federal government, and is a member in good standing of the bar of the State of Florida (#1049812). Ms. Martinez's contact information is as follows:

> Rachel D. Martinez
> Trial Attorney
> U.S. Department of Justice
> Environment and Natural Resources Division
> P.O. Box 7611
> Washington, D.C. 20044
> Phone: (202) 616-5589
> Email: Rachel.Martinez@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Brandon N. Adkins and Rachel D. Martinez to practice in the District of Nevada for the duration of their employment by the United States.

Respectfully submitted this 6th day of May 2024.

JASON M. FRIERSON
United States Attorney

/s/ Lindsay Ager
LINDSAY AGER
Assistant United States Attorney

IT IS SO ORDERED:

_____
United States District/Magistrate Judge

Dated: 5/7/2024