Richard J. Angell, Nevada Bar ID No. 9339
Ashley C. Nikkel, Nevada Bar ID No. 12838
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
rangell@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Sunset Commercial LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC., a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC., a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>    Defendants. | Case No. 2:23-CV-02081-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR DEFENDANT LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE TO RESPOND TO AMENDED COMPLAINT (ECF NO. 35)**<br><br>*(First Request)* |

Plaintiff Sunset Commercial LLC ("Sunset" or "Plaintiff") and Defendant LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE ("NERT"), by and through counsel of record, and consistent with LR IA 6-1(a), hereby stipulate and agree as follows:

PARSONS
BEHLE &
LATIMER

1

4875-4639-0715

On or about April 15, 2024, Plaintiff filed its Amended Complaint. Counsel for NERT has agreed to accept service of the Amended Complaint and Counsel for Plaintiff has agreed that NERT shall have 35 days from service of the Amended Complaint (May 6, 2024) to respond to Plaintiff's Complaint (ECF No. 35) (the "Stipulation").

This is the first requested extension of this deadline and is made in good faith and not for purposes of delay. *See* LR IA 6-1(a).

The parties seek to abide by this Court's "Standing Order" filed on December 19, 2023 (ECF No. 9), stating that "Judge Navarro will generally deny a stipulation or motion for a continuance or extension of time which lacks justification," and that "[s]uch requests may be granted only in extraordinary circumstances if just cause is presented." The parties to this Stipulation therefore identify the following points of justification that show just cause exists for granting the Stipulation:

1. Sunset filed the instant Complaint against the eight (8) Defendants captioned above on December 14, 2023, seeking judgment against all Defendants for contribution damages "for response costs in accordance with CERCLA Section[] 107(a)," (*see* Complaint "Prayer for Relief" ¶ 1), meaning at least a portion of the Complaint's allegations (and especially its first two Claims for Relief) necessitate proceeding against all Defendants together, rather than serially (*see* Compl. ¶¶ 154–78);

2. The parties to this Stipulation agree it would be fair, not only to themselves but to the other Defendants, to not require NERT to file an Answer or other response sooner than other Defendants must file an Answer, since some of Plaintiff's claims are asserted against all Defendants jointly;

3. It is the intent of the parties to this Stipulation to use the additional time to explore the possibility of mediation; and

4. Discovery has not yet commenced in this case and extending the deadline for NERT to file a responsive pleading or other response would not prejudice any other party to this case, nor would it affect any other deadlines at this early stage in the proceedings.

PARSONS
BEHLE &
LATIMER

2

4875-4639-0715

| | |
|---|---|
| DATED: May 6, 2024. | DATED: MAY 6, 2024. |
| PISANELLI BICE PLLC | PARSONS BEHLE & LATIMER |
| By:   */s/ M. Magali Mercera*<br>James J. Pisanelli, Esq., Bar No. 4027<br>M. Magali Mercera, Esq., Bar No. 11742<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br><br>*Attorneys for Defendant LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE* | By:   */s/ Richard J. Angell*<br>Richard J. Angell, Nevada Bar ID 9339<br>Ashley C. Nikkel, Nevada Bar No. 12838<br>50 West Liberty Street, Suite 750<br>Reno, NV 89501<br>Telephone: 775.323.1601<br>Facsimile: 775.348.7250<br>rangell@parsonsbehle.com<br>anikkel@parsonsbehle.com<br><br>*Attorneys for Sunset Commercial LLC* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**DATED:** 5/7/2024

3

4875-4639-0715

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 6th day of May, 2024, I filed a true and correct copy of the foregoing document, **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE TO RESPOND TO AMENDED COMPLAINT (ECF 35) (FIRST REQUEST),** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

| | |
|---|---|
| HOLLAND & HART LLP<br>Joseph G. Went<br>Sydney R. Gambee<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>jgwent@hollandhart.com<br>srgambee@hollandhart.com<br><br>*Attorneys for Defendant Olin Corporation* | McGUIRE WOODS LLP<br>Robert F. Redmond<br>Carson R. Bartlett<br>Matthew Fender<br>800 East Canal Street<br>Richmond, VA 23219<br>rredmond@mcguirewoods.com<br>cbartlett@mcguirewoods.com<br>mfender@mcguirewoods.com<br><br>*Attorneys for Defendant Olin Corporation* |
| CAMPBELL & WILLIAMS<br>J. Colby Williams<br>710 South 7th Street<br>Las Vegas, NV 89101<br>jcw@cwlawlv.com<br><br>*Attorneys for Defendant Montrose Chemical Corporation of California* | LATHAM & WATKINS LLP<br>Kelly E. Richardson<br>John Ryan<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Kelly.richardson@lw.com<br>John.ryayn@lw.com<br><br>*Attorneys for Defendant Montrose Chemical Corporation of California* |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>J. Christopher Jorgensen<br>Dibora L. Berhanu<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>cjorgensen@lewisroca.com<br>dberhanu@lewisroca.com<br><br>*Attorneys for Defendant Titanium Metals Corporation* | DOTSON LAW<br>Robert A. Dotson<br>Daniel T. Hayward<br>5355 Reno Corporate Dr., Suite 100<br>Reno, NV 89511<br>rdotson@dotsonlaw.legal<br>dhayward@dotsonlaw.legal<br><br>*Attorneys for Defendant Atlantic Richfield Company* |

PARSONS BEHLE & LATIMER

4

4875-4639-0715

| | | |
|---|---|---|
|1| | |
|2|DAVIS GRAHAM & STUBBS LLP|UNITED STATES ATTORNEY'S OFFICE|
| |Jonathan W. Rauchway|District of Nevada|
|3|Adam S. Cohen|Lindsay Ager|
| |Cormac Bloomfield|501 Las Vegas Boulevard South|
|4|Aditi Kulkarni-Knight|Suite 1100|
| |1550 Seventeenth St., Suite 500|Las Vegas, NV 89101|
|5|Denver, CO 90202|Lindsay.Ager@usdoj.gov|
| |Jon.rauchway@dgslaw.com| |
|6|Adam.cohen@dgslaw.com|*Attorneys for Defendant United States*|
|7|Cormac.bloomfield@dgslaw.com| |
| |Aditi.kulkarni@dgslaw.com| |

*Attorneys for Defendant Atlantic Richfield Company*

                                    /s/ Richard J. Angell
                                  _____

4875-4639-0715