Richard J. Angell, Nevada Bar ID No. 9339
Ashley C. Nikkel, Nevada Bar ID No. 12838
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
rangell@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Sunset Commercial LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STAUFFER MANAGEMENT COMPANY, a Delaware Limited Liability Company; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC., a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>　　　　　　　Defendants. | Case No.  2:23-CV-02081-GMN-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR DEFENDANT MONTROSE CHEMICAL CORPORATION OF CALIFORNIA TO RESPOND TO AMENDED COMPLAINT (ECF 35)**<br><br>*(Second Request)* |

　　　　Plaintiff Sunset Commercial LLC ("Sunset") and Defendant Montrose Chemical Corporation of California ("Montrose"), by and through counsel of record, and consistent with Local Rule IA 6.1(a), hereby stipulate to an extension of time for Montrose to respond to Plaintiff's Amended Complaint (Docket Entry No. 35, the "Amended Complaint") until **June 7, 2024** (the "Stipulation").

On or about April 15, 2024, Plaintiff filed its Amended Complaint. This is the second requested extension of these deadlines overall. *See* Local Rule IA 6-1(a). The first requested escalation applied to the Amended Complaint.

The parties seek to abide by this Court's "Standing Order" filed on December 19, 2023 (Docket Entry No. 9), stating that "Judge Navarro will generally deny a stipulation or motion for a continuance or extension of time which lacks justification," and that "[s]uch requests may be granted only in extraordinary circumstances if just cause is presented." The parties to this Stipulation therefore identify the following points of justification that show just cause exists for granting the Stipulation:

1. Sunset filed the instant Complaint against the eight (8) Defendants captioned above on December 14, 2023, seeking judgment against all Defendants for contribution damages "for response costs in accordance with CERCLA Section[] 107(a)," (*see* Complaint "Prayer for Relief" ¶ 1), meaning at least a portion of the Complaint's allegations (and especially its first two Claims for Relief) necessitate proceeding against all Defendants together, rather than serially (*see* Compl. ¶¶ 154–78);

2. The parties to this Stipulation agree it would be fair, not only to themselves but to the other Defendants, to not require Montrose to file an Answer or other response sooner than other Defendants must file an Answer, since some of Plaintiff's claims are asserted against all Defendants jointly;

3. It is the intent of the parties to this Stipulation to use the additional time to explore the possibility of mediation; and

4. Discovery has not yet commenced in this case and extending the deadline for Montrose to file a responsive pleading or other response would not prejudice any other party to this case, nor would it affect any other deadlines at this early stage in the proceedings.

PARSONS
BEHLE &
LATIMER

**Error! Unknown document property name.**

DATED: May 6, 2024.

LATHAM & WATKINS LLP

By: */s/ Kelly E. Richardson*
    Kelly E. Richardson, Nevada Bar 7880
    12670 High Bluff Drive
    San Diego, CA 92130
    Telephone: 858.523.3979
    kelly.richardson@lw.com

*Attorney for Montrose Chemical Corporation of California*

DATED: May 6, 2024.

PARSONS BEHLE & LATIMER

By: */s/ Richard J. Angell*
    Richard J. Angell, Nevada Bar ID 9339
    Ashley C. Nikkel, Nevada Bar No. 12838
    50 West Liberty Street, Suite 750
    Reno, NV 89501
    Telephone: 775.323.1601
    Facsimile: 775.348.7250
    rangell@parsonsbehle.com
    anikkel@parsonsbehle.com

*Attorneys for Sunset Commercial LLC*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
**DATED:** 5/7/2024

Error! Unknown document property name.

3

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 6th day of May, 2024, I filed a true and correct copy of the foregoing document, **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT MONTROSE CHEMICAL CORPORATION OF CALIFORNIA TO RESPOND TO AMENDED COMPLAINT (ECF 35) (SECOND REQUEST),** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

HOLLAND & HART LLP
Joseph G. Went
Sydney R. Gambee
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
jgwent@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendant Olin Corporation*

McGUIRE WOODS LLP
Robert F. Redmond
Carson R. Bartlett
Matthew Fender
800 East Canal Street
Richmond, VA 23219
rredmond@mcguirewoods.com
cbartlett@mcguirewoods.com
mfender@mcguirewoods.com

*Attorneys for Defendant Olin Corporation*

CAMPBELL & WILLIAMS
J. Colby Williams
710 South 7th Street
Las Vegas, NV 89101
jcw@cwlawlv.com

*Attorneys for Defendant Montrose Chemical Corporation of California*

LATHAM & WATKINS LLP
Kelly E. Richardson
John Ryan
12670 High Bluff Drive
San Diego, CA 92130
Kelly.richardson@lw.com
John.ryayn@lw.com

*Attorneys for Defendant Montrose Chemical Corporation of California*

LEWIS ROCA ROTHGERBER
    CHRISTIE LLP
J. Christopher Jorgensen
Dibora L. Berhanu
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
cjorgensen@lewisroca.com
dberhanu@lewisroca.com

*Attorneys for Defendant Titanium Metals Corporation*

DOTSON LAW
Robert A. Dotson
Daniel T. Hayward
5355 Reno Corporate Dr., Suite 100
Reno, NV 89511
rdotson@dotsonlaw.legal
dhayward@dotsonlaw.legal

*Attorneys for Defendant Atlantic Richfield Company*

PARSONS
BEHLE &
LATIMER

4

Error! Unknown document property name.

| | |
|---|---|
| DAVIS GRAHAM & STUBBS LLP<br>Jonathan W. Rauchway<br>Adam S. Cohen<br>Cormac Bloomfield<br>Aditi Kulkarni-Knight<br>1550 Seventeenth St., Suite 500<br>Denver, CO 90202<br>Jon.rauchway@dgslaw.com<br>Adam.cohen@dgslaw.com<br>Cormac.bloomfield@dgslaw.com<br>Aditi.kulkarni@dgslaw.com<br><br>*Attorneys for Defendant Atlantic Richfield Company* | UNITED STATES ATTORNEY'S OFFICE<br>District of Nevada<br>Lindsay Ager<br>501 Las Vegas Boulevard South<br>Suite 1100<br>Las Vegas, NV 89101<br>Lindsay.Ager@usdoj.gov<br><br>*Attorneys for Defendant United States* |

                                                */s/ Richard J. Angell*