Richard J. Angell, Nevada Bar ID No. 9339
Ashley C. Nikkel, Nevada Bar ID No. 12838
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
rangell@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Sunset Commercial LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC., a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC., a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 2:23-CV-02081-GMN-BNW<br><br>**MOTION TO EXTEND DEADLINE FOR PARTIES TO FILE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>*(First Request)* |

Plaintiff Sunset Commercial LLC ("Sunset" or "Plaintiff") by and through its counsel of record, and consistent with LR IA 6-1(a), hereby moves for this Court to extend the time within which the parties must file a Rule 26(f) Discovery Plan and Proposed Scheduling Order (the "Rule 26 Filing") through and including **June 12, 2024**. Counsel for Sunset has attempted to communicate with counsel for all Defendants; Defendant United States of America ("USA") and Defendant LE

PARSONS
BEHLE &
LATIMER

1

4891-7817-0814

Petomane XXVII, Inc., in its representative capacity as the Nevada Environmental Response Trust Trustee, have indicated they will not oppose this request.

This is the first requested extension of this deadline and is made in good faith and not for purposes of delay. *See* LR IA 6-1(a).

Sunset seeks to abide by this Court's "Standing Order" filed on December 19, 2023 (Docket Entry No. 9), stating that "Judge Navarro will generally deny a stipulation or motion for a continuance or extension of time which lacks justification," and that "[s]uch requests may be granted only in extraordinary circumstances if just cause is presented." Sunset therefore identifies the following points of justification that show just cause exists for granting the Motion:

1. Sunset filed the instant Complaint against the eight (8) Defendants captioned above on December 14, 2023, seeking judgment against all Defendants for contribution damages "for response costs in accordance with CERCLA Section[] 107(a)," (*see* Complaint "Prayer for Relief" ¶ 1), meaning at least a portion of the Complaint's allegations (and especially its first two Claims for Relief) necessitate proceeding against all Defendants together, rather than serially (*see* Compl. ¶¶ 154–78);

2. Since then, some but not all Defendants have made an appearance in this action;

3. On May 13, 2024, Defendant USA filed a Motion to Dismiss Amended Complaint (ECF No. 64), which Defendant Atlantic Richfield Company joined (ECF No. 65);

4. Given the piecemeal fashion in which appearances have been made and are continuing to be made, and to avoid prejudice to defendants that have not yet appeared, the parties have not yet conducted a Rule 26(f) conference as set forth in the Federal Rules of Civil Procedure, but intend to do so as soon as every named party has either appeared or been voluntarily dismissed;

5. The parties are actively discussing potential mediation and Sunset anticipates approaching the Court in the near future for additional scheduling adjustments to accommodate a mediation if an agreement can be reached;

6. Sunset believes it would be fair and most efficient to avoid prematurely filing a Discovery Plan and Proposed Scheduling Order that is not inclusive of all affected

parties, particularly since some of Plaintiff's claims are asserted against all Defendants jointly;

7. Sunset will use the additional time to continue exploring the possibility of mediation; and

8. Discovery has not yet commenced in this case and extending the deadline to submit a Discovery Plan and Proposed Scheduling Order would not prejudice any other party to this case, nor would it affect any other deadlines at this early stage in the proceedings.

DATED: May 13, 2024.

PARSONS BEHLE & LATIMER

By:   */s/ Richard J. Angell*
    Richard J. Angell, Nevada Bar ID 9339
    Ashley C. Nikkel, Nevada Bar No. 12838
    50 West Liberty Street, Suite 750
    Reno, NV 89501
    rangell@parsonsbehle.com
    anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Sunset Commercial LLC*

**IT IS SO ORDERED**

**DATED:** 5:08 pm, May 14, 2024

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 13th day of May, 2024, I filed a true and correct copy of the foregoing document, **MOTION TO EXTEND DEADLINE FOR PARTIES TO FILE DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST),** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

| | |
|---|---|
| HOLLAND & HART LLP<br>Joseph G. Went<br>Sydney R. Gambee<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>jgwent@hollandhart.com<br>srgambee@hollandhart.com<br><br>*Attorneys for Defendant*<br>*Olin Corporation* | McGUIRE WOODS LLP<br>Robert F. Redmond<br>Carson R. Bartlett<br>Matthew Fender<br>800 East Canal Street<br>Richmond, VA 23219<br>rredmond@mcguirewoods.com<br>cbartlett@mcguirewoods.com<br>mfender@mcguirewoods.com<br><br>*Attorneys for Defendant*<br>*Olin Corporation* |
| CAMPBELL & WILLIAMS<br>J. Colby Williams<br>710 South 7th Street<br>Las Vegas, NV 89101<br>jcw@cwlawlv.com<br><br>*Attorneys for Defendant Montrose Chemical Corporation of California* | LATHAM & WATKINS LLP<br>Kelly E. Richardson<br>John Ryan<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>Kelly.richardson@lw.com<br>John.ryayn@lw.com<br><br>*Attorneys for Defendant Montrose Chemical Corporation of California* |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>J. Christopher Jorgensen<br>Dibora L. Berhanu<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>cjorgensen@lewisroca.com<br>dberhanu@lewisroca.com<br><br>*Attorneys for Defendant*<br>*Titanium Metals Corporation* | DOTSON LAW<br>Robert A. Dotson<br>Daniel T. Hayward<br>5355 Reno Corporate Dr., Suite 100<br>Reno, NV 89511<br>rdotson@dotsonlaw.legal<br>dhayward@dotsonlaw.legal<br><br>*Attorneys for Defendant*<br>*Atlantic Richfield Company* |

4

4891-7817-0814

| | |
|---|---|
| DAVIS GRAHAM & STUBBS LLP<br>Jonathan W. Rauchway<br>Adam S. Cohen<br>Cormac Bloomfield<br>Aditi Kulkarni-Knight<br>1550 Seventeenth St., Suite 500<br>Denver, CO 90202<br>Jon.rauchway@dgslaw.com<br>Adam.cohen@dgslaw.com<br>Cormac.bloomfield@dgslaw.com<br>Aditi.kulkarni@dgslaw.com<br><br>*Attorneys for Defendant*<br>*Atlantic Richfield Company* | UNITED STATES ATTORNEY'S OFFICE<br>District of Nevada<br>Lindsay Ager<br>501 Las Vegas Boulevard South<br>Suite 1100<br>Las Vegas, NV 89101<br>Lindsay.Ager@usdoj.gov<br><br>*Attorneys for*<br>*Defendant United States of America* |
| PISANELLI BICE PLLC<br>James J. Pisanelli<br>M. Magali Mercera<br>400 South 7th St., Suite 300<br>Las Vegas, NV 89101<br>jjp@pisanellibice.com<br>mmm@pisanellibice.com<br><br>*Attorneys for Defendant*<br>*LE Petomane XXVII, Inc., an Illinois Corporation, in its representative capacity as the Nevada Environmental Response Trust Trustee* | UNITED STATES DEPT. OF JUSTICE<br>ENRD<br>Brandon N. Adkins<br>Rachel Dorothy Martinez<br>150 M Street, NE<br>Washington, DC 20044<br>brandon.adkins@usdoj.gov<br>rachel.martinez@usdoj.gov<br><br>*Attorneys for*<br>*Defendant United States of America* |

            /s/ Richard J. Angell

5

4891-7817-0814