1   James J. Pisanelli, Esq., Bar No. 4027
    JJP@pisanellibice.com
2   M. Magali Mercera, Esq., Bar No. 11742
    MMM@pisanellibice.com
3   PISANELLI BICE PLLC
    400 South 7th Street, Suite 300
4   Las Vegas, Nevada 89101
    Telephone:  702.214.2100
5   Facsimile:   702.214.2101

6   Eric L. Maassen, Esq. (*pro hac vice pending*)
    emaassen@foley.com
7   Tanya C. O'Neill, Esq. (*pro hac vice pending*)
    toneill@foley.com
8   FOLEY & LARDNER LLP
    777 E. Wisconsin Avenue
9   Milwaukee, Wisconsin 53202
    Telephone: 414.297.5585
10
    *Attorneys for Le Petomane XXVII, Inc.*
11
                    **UNITED STATES DISTRICT COURT**
12
                         **DISTRICT OF NEVADA**
13

14  SUNSET COMMERCIAL LLC, a Nevada           CASE NO. 2:23-cv-02081-GMN-BNW
    Limited Liability Company,

15                  Plaintiff,

16  vs.

17  BAYER CROPSCIENCE, INC. a New York        **STIPULATION TO EXTEND**
    Corporation; MONTROSE CHEMICAL            **LE PETOMANE XXVII, INC.'S TIME TO**
    CORPORATION OF CALIFORNIA, a              **ANSWER OR RESPOND TO AMENDED**
18  Delaware Corporation; ATLANTIC            **COMPLAINT**
    RICHFIELD COMPANY, a Delaware
19  Corporation; OLIN CORPORATION, a          **(SECOND REQUEST)**
    Virginia Corporation, TITANIUM METALS
20  CORPORATION, a Delaware Corporation;
    NL INDUSTRIES, INC. a New Jersey
21  Corporation; LE PETOMANE XXVII, INC.,
    an Illinois Corporation, in its representative
22  capacity as the NEVADA
    ENVIRONMENTAL RESPONSE TRUST
23  TRUSTEE; and the UNITED STATE OF
    AMERICA,

24
                  Defendants.
25

26

27

28

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

1

Plaintiff SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company, and Defendant Le Petomane XXVII, Inc. as trustee for the Nevada Environmental Response Trust (collectively "NERT"), stipulate as follows:

WHEREAS, Plaintiff filed its amended complaint (ECF No. 35) on April 15, 2024, and

WHEREAS, Defendant United States of America moved to dismiss the amended complaint on May 13, 2024 (ECF No. 64), and

WHEREAS, Defendant Atlantic Richfield Company moved to dismiss the amended complaint on May 13, 2024, (ECF No. 65), and

WHEREAS, Defendant NERT joined in those motions to dismiss on June 3, 2024 (ECF No. 80),

THEREFORE it is hereby stipulated and agreed by and between Plaintiff and NERT that NERT's time to answer or otherwise respond to the amended complaint should be and hereby is extended to 21 days after the Court resolves the motions to dismiss filed by Defendant Atlantic Richfield Company and Defendant United States of America, which have been joined by NERT and the other Defendants in this action. Discovery has not yet commenced in this case and extending the deadline for NERT to file a responsive pleading would not prejudice any other party to this case, nor would it affect any other deadlines at this early stage in the proceedings.  This is

the second requested extension of this deadline and is made in good faith and not for purposes of delay.  *See* LR IA 6-1(a).

Dated this 10th day of June, 2024.

PISANELLI BICE PLLC


By:   */s/ M. Magali Mercera*
    James J. Pisanelli, Esq., #4027
    M. Magali Mercera, Esq., #11742
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

    Eric L. Maassen, Esq. (*pro hac vice pending*)
    Tanya C. O'Neill, Esq. (*pro hac vice pending*)
    FOLEY & LARDNER LLP
    777 E. Wisconsin Avenue
    Milwaukee, Wisconsin 53202

*Attorneys for Le Petomane XXVII, Inc.*

Dated this 10th day of June, 2024.

PARSONS BEHLE & LATIMER


By:   */s/ Richard J. Angell*
    Richard J. Angell, Esq., #9339
    Ashley C. Nikkel, Esq., #12838
    50 West Liberty Street, Suite 750
    Reno, NV 89501

*Attorneys for Sunset Commercial LLC*

## ORDER

IT IS SO ORDERED.


_____
UNITED STATES MAGISTRATE JUDGE

DATED:  6/12/2024

CASE NO. 2:23-cv-02081-GMN-BNW

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

3