Richard J. Angell, Nevada Bar ID No. 9339
Ashley C. Nikkel, Nevada Bar ID No. 12838
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone:  775.323.1601
Facsimile:  775.348.7250
rangell@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Sunset Commercial LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC., a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC., a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No.  2:23-CV-02081-GMN-BNW<br><br><br><br>**STIPULATION TO EXTEND DEADLINE FOR PARTIES TO FILE DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>*(Second Request)* |

Plaintiff Sunset Commercial LLC ("Sunset" or "Plaintiff"), Defendant Bayer Cropscience, Inc., Defendant Atlantic Richfield Company, Defendant Titanium Metals Corporation, Defendant Olin Corporation, Defendant Le Petomane XXVII, Inc., solely in its capacity as trustee of the Nevada Environmental Response Trust, and Defendant United States of America, by and through counsel of record, and consistent with LR IA 6-1(a), hereby stipulate for this Court to extend the

PARSONS
BEHLE &
LATIMER

4891-7817-0814

1

time within which the parties must file a Rule 26(f) Discovery Plan and Proposed Scheduling Order (the "Rule 26 Filing") through and including **August 15, 2024**. Sunset and all Defendants have agreed to stipulate to the extension.[1]

This is the second requested extension of this deadline and is made in good faith and not for purposes of delay. *See* LR IA 6-1(a).

Sunset seeks to abide by this Court's "Standing Order" filed on December 19, 2023 (Docket Entry No. 9), stating that "Judge Navarro will generally deny a stipulation or motion for a continuance or extension of time which lacks justification," and that "[s]uch requests may be granted only in extraordinary circumstances if just cause is presented." Sunset therefore identifies the following points of justification that show just cause exists for granting the Motion:

1. Sunset filed the instant Complaint against the eight (8) Defendants captioned above on December 14, 2023, seeking judgment against all Defendants for contribution damages "for response costs in accordance with CERCLA Section[] 107(a)," (*see* Complaint "Prayer for Relief" ¶ 1), meaning at least a portion of the Complaint's allegations (and especially its first two Claims for Relief) necessitate proceeding against all Defendants together, rather than serially (*see* Compl. ¶¶ 154–78);

2. Since then, all Defendants have filed an answer and/or responsive pleading;

3. On May 13, 2024, Defendant USA filed a Motion to Dismiss Amended Complaint (ECF No. 64), which Defendant Atlantic Richfield Company joined (ECF No. 65) along with other Defendants have joined;

4. Given the piecemeal appearances, answers, and motions to dismiss, along with attempts to explore whether this case can be resolved without further proceedings, the parties have not yet conducted a Rule 26(f) conference as set forth in the Federal Rules of Civil Procedure;

---

[1] Counsel for Defendant Montrose Chemical Corporation of California agreed to the extended date in principle but did not respond to the request for signature on this stipulation in time for filing.

5. Several parties have exchanged settlement proposals and need more time to evaluate the proposals and continue discussions;

6. The parties believe it would be fair and most efficient to avoid proceeding with a discovery conference, preparing for initial disclosures, and filing a Discovery Plan and Proposed Scheduling Order and instead focus on exploring the potential for resolving this case without further proceedings, which would, in turn, preserve judicial and party resources; and

7. Discovery has not yet commenced in this case and extending the deadline to submit a Discovery Plan and Proposed Scheduling Order would not prejudice any other party to this case, nor would it affect any other deadlines at this early stage in the proceedings.

DATED: June 12, 2024.

PARSONS BEHLE & LATIMER

By: */s/ Ashley C. Nikkel*
Richard J. Angell, Nevada Bar ID 9339
Ashley C. Nikkel, Nevada Bar No. 12838
50 West Liberty Street, Suite 750
Reno, NV 89501
rangell@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff
Sunset Commercial LLC*

DATED:  June 12, 2024.

UNITED STATES OF AMERICA

By: */s/ Brandon N. Adkins*
Todd Kim, Assistant Attorney General
Brandon N. Adkins, Senior Trial Counsel
Rachel D. Martinez, Trial Attorney
Environmental & Natural Resources Div.
P.O. Box 7611
Washington, DC  20044
Brandon.Adkins@usdoj.gov
Rachel.Martinez@usdoj.gov

Jason M. Frierson, Nevada Bar ID 7709
United States Attorney, Dist. Of Nevada
Lindsay Ager, Nevada Bar ID 11985
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, NV  89101
Lindsay.Ager@usdog.gov

*Attorneys for United States of America*

/ / /

/ / /

3

4891-7817-0814

|   |   |
|---|---|
| DATED: June 12, 2024. | DATED: June 12, 2024. |
| DAVIS GRAHAM & STUBBS LLP | EDGCOMB LAW GROUP, LLP |
| By: */s/ Jonathan W. Rauchway*<br>　　Jonathan W. Rauchway (*pro hac vice*)<br>　　Adam S. Cohen (*pro hac vice*)<br>　　Aditi Kulkarni-Night (*pro hac vice*)<br>　　Cormac M. Bloomfield (*pro hac vice*)<br>　　1550 17th Street, Suite 500<br>　　Denver, CO 80202<br>　　jon.rauchway@dgslaw.com<br>　　adam.cohen@dgslaw.com<br>　　aditi.kulkarni@dgslaw.com<br>　　cormac.bloomfield@dgslaw.com<br><br>　　Robert A. Dotson, Nevada Bar ID 5285<br>　　Daniel T. Hayward, Nevada Bar ID 5986<br>　　DOTSON LAW<br>　　5355 Reno Corporate Dr., Ste. 100<br>　　Reno, NV 89511<br>　　rdotson@dotsonlaw.legal<br>　　dhayward@dotsonlaw.legal<br><br>*Attorneys for Defendant*<br>*Atlantic Richfield Company* | By: */s/ John D. Edgcomb*<br>　　John D. Edgcomb (*pro hac vice*)<br>　　591 Redwood Highway, Suite 2320<br>　　Mill Valley, CA 94941<br>　　jedgcomb@edgcomb-law.com<br><br>　　Ryan J. Works, Nevada Bar ID 9224<br>　　John A. Fortin, Nevada Bar ID 15221<br>　　McDONALD CARANO LLP<br>　　2300 W. Sahara Ave., Suite 1200<br>　　Las Vegas, NV 89102<br>　　rworks@mcdonaldcarano.com<br>　　jfortin@mcdonaldcarano.com<br><br>　　Gabriel J. Padilla (*pro hac vice*)<br>　　EDGCOMB LAW GROUP, LLP<br>　　2102 Business Center Dr., Suite 130 #651<br>　　Irvine, CA 92612<br>　　gpadilla@edgcomb-law.com<br><br>*Attorneys for Defendant*<br>*Bayer CropScience, Inc.* |
| DATED: June 12, 2024. | DATED: June 12, 2024. |
| McGUIRE WOODS LLP | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| By: */s/ Robert F. Redmond*<br>　　Robert F. Redmond (*pro hac vice*)<br>　　Matthew D. Fender (*pro hac vice*)<br>　　Carson R. Bartlett (*pro hac vice*)<br>　　800 East Canal Street<br>　　Richmond, VA 23219<br>　　rredmond@mcguirewoods.com<br>　　mfender@mcquirewoods.com<br>　　cbartlett@mcguirewoods.com<br><br>　　Joseph G. Went, Nevada Bar ID 9220<br>　　Sydney R. Gambee, Nevada Bar ID 14201<br>　　HOLLAND & HART LLP<br>　　9555 Hillwood Drive, 2nd Floor<br>　　Las Vegas, NV 89134<br>　　jgwent@hollandhart.com<br>　　srgambee@hollandhart.com<br>*Attorneys for Defendant*<br>*Olin Corporation* | By: */s/ J. Christopher Jorgensen*<br>　　J. Christopher Jorgensen<br>　　Dibora L. Berhanu<br>　　3993 Howard Hughes Pkwy., Ste. 600<br>　　Las Vegas, NV 89169<br>　　cjorgensen@lewisroca.com<br>　　dberhanu@lewisroca.com<br><br>*Attorneys for Defendant*<br>*Titanium Metals Corporation* |

DATED: June 12, 2024.

FOLEY & LARDNER LLP

By: */s/ Eric L. Maassen*
Eric L. Maassen (*pro hac vice*)
Tanya C. O'Neill (*pro hac vice*)
777 E. Wisconsin Ave.
Milwaukee, WI 53202
emaassen@foley.com
toneill@foley.com

James J. Pisanelli, Nevada Bar ID 4027
M. Magali Mercera, Nevada Bar ID 11742
PISANELLI BICE PLLC
400 South 7th St., Suite 300
Las Vegas, NV 89101
JJP@pisanellibice.com
MMM@pisanellibice.com

*Attorneys for Defendant Le Petomane XXVII, Inc., an Illinois Corporation, in its representative capacity as trustee of the Nevada Environmental Response Trust*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  6/13/2024

PARSONS BEHLE & LATIMER

4891-7817-0814

5