Richard J. Angell, Nevada Bar ID No. 9339
Ashley C. Nikkel, Nevada Bar ID No. 12838
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone:  775.323.1601
Facsimile:  775.348.7250
rangell@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Sunset Commercial LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC., a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC., a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No.  2:23-CV-02081-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS UNITED STATES' AND ATLANTIC RICHFIELD COMPANY'S MOTIONS TO DISMISS AND DEFENDANTS' REPLY DEADLINES THERETO**<br>**(ECF NO. 64 and 65)**<br><br>*(First Request)* |

Plaintiff Sunset Commercial LLC ("Sunset" or "Plaintiff"), Defendant United States of America and Defendant Atlantic Richfield Company (collectively "Defendants"), by and through counsel of record, and consistent with LR IA 6-1(a), hereby stipulate and agree as follows:

/ / /

/ / /

PARSONS
BEHLE &
LATIMER

1

4870-1849-4910

On May 13, 2024, Defendant United States of America ("United States") filed its Motion to Dismiss (ECF No. 64) and on the same date Defendant Atlantic Richfield Company filled its Motion to Dismiss (ECF No. 65) both joining the United States' Motion to Dismiss and separately moving to dismiss Plaintiff's state law claims. Counsel for Defendants with pending motions to dismiss and counsel for Plaintiff have agreed that Plaintiff shall have up to and including **July 3, 2024**, to file an Opposition to Defendants' Motions to Dismiss. Counsel for Defendants with pending motions to dismiss and counsel for Plaintiff have also agreed that the Defendants with pending motions to dismiss shall have up to and including **July 24, 2024**, to file a Reply in Support of Defendants' Motions to Dismiss.

This is the first requested extension of this deadline and is made in good faith and not for purposes of delay. *See* LR IA 6-1(a).

The parties seek to abide by this Court's "Standing Order" filed on December 19, 2023 (Docket Entry No. 9), stating that "Judge Navarro will generally deny a stipulation or motion for a continuance or extension of time which lacks justification," and that "[s]uch requests may be granted only in extraordinary circumstances if just cause is presented." The parties to this Stipulation therefore identify the following points of justification that show just cause exists for granting the Stipulation:

1.      Sunset filed the instant Complaint against the eight (8) Defendants captioned above on December 14, 2023, seeking judgment against all Defendants for contribution damages "for response costs in accordance with CERCLA Section[] 107(a)," (*see* Complaint "Prayer for Relief" ¶ 1), meaning at least a portion of the Complaint's allegations (and especially its first two Claims for Relief) necessitate proceeding against all Defendants together, rather than serially (*see* Compl. ¶¶ 154–78);

2.      Several parties have exchanged settlement proposals and need more time to evaluate the proposals and continue discussions; extending the briefing deadlines for the motions to dismiss will allow the parties to focus on facilitating those discussions;

3.      The parties to this Stipulation agree it would be fair, not only to themselves but to the other Defendants, and efficient to allow Plaintiff to file a combined Opposition

to the United States' Motion to Dismiss and Atlantic Richfield's Motion to Dismiss on or before July 3, 2024;

4. The parties to this Stipulation also agree it would be fair and efficient to allow Defendants with pending motions to dismiss to file their separate Replies in Support of Defendants' Motions to Dismiss on or before July 24, 2024; and

5. Discovery has not yet commenced in this case and extending the deadline for Plaintiff to file an Opposition to Defendant's Motion to Dismiss would therefore not prejudice any other party to this case, nor would it affect any other deadlines at this

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    early stage in the proceedings.

2    DATED: June 17, 2024.                          DATED: June 17, 2024.

3    PARSONS BEHLE & LATIMER                        UNITED STATES ATTORNEY'S OFFICE
                                                    DISTRICT OF NEVADA
4

5    By:  */s/ Richard J. Angell*                   By:  */s/ Rachel D. Martinez*
     Richard J. Angell, Nevada Bar ID 9339          Brandon N. Adkins, Senior Trial Counsel
     Ashley C. Nikkel, Nevada Bar ID 12838          Rachel D. Martinez, Trial Attorney
6    50 West Liberty Street, Suite 750              John M. Frierson, U.S. Attorney
     Reno, NV 89501                                 Lindsay Ager, Asst. U.S. Attorney
7    Telephone:  775.323.1601                       501 Las Vegas Blvd. South, Suite 1100
     Facsimile:  775.348.7250                       Las Vegas, NV 89101
8    rangell@parsonsbehle.com                       Lindsay.Ager@usdoj.gov
     anikkel@parsonsbehle.com
9                                                   *Attorneys for Defendant*
                                                    *United States of America*
10   *Attorneys for Plaintiff*
     *Sunset Commercial LLC*
11                                                  DATED:  June 17, 2024.

12                                                  DAVIS GRAHAM & STUBBS LLP

13                                                  By:  */s/ Jonathan W. Rauchway*
                                                    Jonathan W. Rauchway (*pro hac vice*)
14                                                  Adam S. Cohen (*pro hac vice*)
                                                    Cormac Bloomfield (*pro hac vice*)
15                                                  Aditi Kulkarni-Knight (*pro hac vice*)
                                                    1550 Seventeenth St., Suite 500
16                                                  Denver, CO 90202
                                                    Jon.rauchway@dgslaw.com
17                                                  Adam.cohen@dgslaw.com
                                                    Cormac.bloomfield@dgslaw.com
18                                                  Aditi.kulkarni@dgslaw.com

19                                                  Robert A. Dotson, Nevada Bar ID. 5285
                                                    Daniel T. Hayward, Nevada Bar ID. 5986
20                                                  DOTSON LAW
                                                    5355 Reno Corporate Dr., Suite 100
21                                                  Reno, NV 89511
                                                    rdotson@dotsonlaw.legal
22                                                  dhayward@dotsonlaw.legal

23                                                  *Attorneys for Defendant*
                                                    *Atlantic Richfield Company*
24

25                          **ORDER**

26        IT IS SO ORDERED.

27                                                  _____
                                                    UNITED STATES DISTRICT JUDGE
28
                                                    Dated:  _____

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 17th day of June, 2024, I filed a true and correct copy of the foregoing document, **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS UNITED STATES' AND ATLANTIC RICHFIELD COMPANY MOTIONS TO DISMISS AND DEFENDANTS' REPLY DEADLINES THERETO (ECF NO. 64 and 65) (FIRST REQUEST),** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

| | |
|---|---|
| HOLLAND & HART LLP | McGUIRE WOODS LLP |
| Joseph G. Went | Robert F. Redmond |
| Sydney R. Gambee | Carson R. Bartlett |
| 9555 Hillwood Drive, 2nd Floor | Matthew Fender |
| Las Vegas, NV 89134 | 800 East Canal Street |
| jgwent@hollandhart.com | Richmond, VA 23219 |
| srgambee@hollandhart.com | rredmond@mcguirewoods.com |
| | cbartlett@mcguirewoods.com |
| *Attorneys for Defendant* | mfender@mcguirewoods.com |
| *Olin Corporation* | |
| | *Attorneys for Defendant* |
| | *Olin Corporation* |
| | |
| CAMPBELL & WILLIAMS | LATHAM & WATKINS LLP |
| J. Colby Williams | Kelly E. Richardson |
| 710 South 7th Street | John Ryan |
| Las Vegas, NV 89101 | 12670 High Bluff Drive |
| jcw@cwlawlv.com | San Diego, CA 92130 |
| | Kelly.richardson@lw.com |
| *Attorneys for Defendant* | John.ryayn@lw.com |
| *Montrose Chemical Corporation of California* | |
| | *Attorneys for Defendant* |
| | *Montrose Chemical Corporation of California* |

LEWIS ROCA ROTHGERBER
    CHRISTIE LLP
J. Christopher Jorgensen
Dibora L. Berhanu
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
cjorgensen@lewisroca.com
dberhanu@lewisroca.com

*Attorneys for Defendant*
*Titanium Metals Corporation*

DAVIS GRAHAM & STUBBS LLP
Jonathan W. Rauchway
Adam S. Cohen
Cormac Bloomfield
Aditi Kulkarni-Knight
1550 Seventeenth St., Suite 500
Denver, CO 90202
Jon.rauchway@dgslaw.com
Adam.cohen@dgslaw.com
Cormac.bloomfield@dgslaw.com
Aditi.kulkarni@dgslaw.com

*Attorneys for Defendant*
*Atlantic Richfield Company*

PISANELLI BICE PLLC
James J. Pisanelli
M. Magali Mercera
400 South 7th St., Suite 300
Las Vegas, NV 89101
jjp@pisanellibice.com
mmm@pisanellibice.com

*Attorneys for Defendant*
*Le Petomane XXVII, Inc., an Illinois*
*Corporation, in its representative capacity as*
*the Nevada Environmental Response Trust*
*Trustee*

DOTSON LAW
Robert A. Dotson
Daniel T. Hayward
5355 Reno Corporate Dr., Suite 100
Reno, NV 89511
rdotson@dotsonlaw.legal
dhayward@dotsonlaw.legal

*Attorneys for Defendant*
*Atlantic Richfield Company*

UNITED STATES DEPT. OF JUSTICE
ENRD
Brandon N. Adkins
Rachel Dorothy Martinez
150 M Street, NE
Washington, DC 20044
brandon.adkins@usdoj.gov
rachel.martinez@usdoj.gov

*Attorneys for Defendant*
*United States of America*

UNITED STATES ATTORNEY'S OFFICE
District of Nevada
Lindsay Ager
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101
Lindsay.Ager@usdoj.gov

*Attorneys for Defendant*
*United States of America*

EDGCOMB LAW GROUP, LLP
John D. Edgcomb
591 Redwood Highway, Suite 2320
Mill Valley, CA 94941
jedgcomb@edgcomb-law.com

*Attorneys for Defendant*
*Bayer CropScience, Inc.*

EDGCOMB LAW GROUP, LLP
Gabriel J. Padilla
2102 Business Center Dr., Suite 130 #651
Irvine, CA 92612
gpadilla@edgcomb-law.com

*Attorneys for Defendant*
*Bayer CropScience, Inc.*

McDONALD CARANO LLP
Ryan J. Works
John A. Fortin
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
rworks@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendant*
*Bayer CropScience, Inc.*

FOLEY & LARDNER LLP
Eric L. Maassen
Tanya C. O'Neill
777 E. Wisconsin Ave.
Milwaukee, WI 53202
emaassen@foley.com
toneill@foley.com

*Attorneys for Defendant*
*Le Petomane XXVII, Inc., an Illinois Corporation, in its representative capacity as trustee of the Nevada Environmental Response Trust*

_____/s/ Nancy A. Hoy_____
Employee of Parsons Behle & Latimer

4870-1849-4910

PARSONS
BEHLE &
LATIMER