Richard J. Angell, Nevada Bar ID No. 9339
Ashley C. Nikkel, Nevada Bar ID No. 12838
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
rangell@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Sunset Commercial LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC., a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC., a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No.  2:23-CV-02081-GMN-BNW<br><br>**MOTION TO EXTEND DEADLINE FOR PARTIES TO FILE DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff Sunset Commercial LLC ("Sunset" or "Plaintiff"), by and through its undersigned counsel, hereby requests an extension of time for the parties to file the Discovery Plan and Scheduling Order in this matter.  In support of this Motion, Sunset states as follows:

1. The parties' current deadline to file the Discovery Plan and Scheduling Order is August 15, 2024.

28015.001\4858-2737-6344.v2

2.      Sunset has been engaged in productive settlement conversations with various Defendants.

3.      Sunset and Defendant United States have reached an agreement in principle for settlement, subject to Defendant Atlantic Richfield Company's confirmation that it will participate in the settlement according to the latest terms proposed by the United States. The United States' agreement in principle is subject to final approval by those with authority within the United States government.

4.      Sunset believes an extension by this Court of the time within which the parties must file a Rule 26(f) Discovery Plan and Proposed Scheduling Order (the "Rule 26 Filing") from **August 15, 2024** through and including **September 30, 2024** would be beneficial in an effort to minimize time the parties must spend to meet and confer and draft the Rule 26 filing while they continue with settlement negotiations to resolve as much of this case as possible at this early stage of litigation.

5.      Defendants United States, Atlantic Richfield Company, Bayer CropScience, Inc., Le Petomane XXVII, Inc., in its representative capacity as the Nevada Environmental Response Trust Trustee, and Montrose Chemical Corporation of California have indicated they do not oppose this Motion.

6.      This would be the third extension of this deadline and is made in good faith and not for purposes of delay. *See* LR IA 6-1(a).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

In light of the foregoing circumstances, Sunset requests that the Court order the deadline for filing the Rule 26(f) Discovery Plan and Scheduling Order to and including September 30, 2024.

DATED: August 15, 2024.

PARSONS BEHLE & LATIMER

By:   /s/ Ashley C. Nikkel
Richard J. Angell, Nevada Bar ID 9339
Ashley C. Nikkel, Nevada Bar No. 12838
50 West Liberty Street, Suite 750
Reno, NV 89501
rangell@parsonsbehle.com
anikkel@parsonsbehle.com
*Attorneys for Plaintiff*
*Sunset Commercial LLC*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated:  8/23/2024

28015.001\4858-2737-6344.v2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 15th day of August, 2024, I filed a true and correct copy of the foregoing document, **MOTION TO EXTEND DEADLINE FOR PARTIES TO FILE DISCOVERY PLAN AND SCHEDULING ORDER,** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all registered users as follows:

HOLLAND & HART LLP
Joseph G. Went
Sydney R. Gambee
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
jgwent@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendant*
*Olin Corporation*

McGUIRE WOODS LLP
Robert F. Redmond
Carson R. Bartlett
800 East Canal Street
Richmond, VA 23219
rredmond@mcguirewoods.com
cbartlett@mcguirewoods.com

*Attorneys for Defendant*
*Olin Corporation*

CAMPBELL & WILLIAMS
J. Colby Williams
710 South 7th Street
Las Vegas, NV 89101
jcw@cwlawlv.com

*Attorneys for Defendant*
*Montrose Chemical Corporation of California*

LATHAM & WATKINS LLP
Kelly E. Richardson
Jake Ryan
12670 High Bluff Drive
San Diego, CA 92130
Kelly.richardson@lw.com
Jake.ryan@lw.com

*Attorneys for Defendant*
*Montrose Chemical Corporation of California*

LEWIS ROCA ROTHGERBER
    CHRISTIE LLP
J. Christopher Jorgensen
Dibora L. Berhanu
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
cjorgensen@lewisroca.com
dberhanu@lewisroca.com

*Attorneys for Defendant*
*Titanium Metals Corporation*

DOTSON LAW
Robert A. Dotson
Daniel T. Hayward
5355 Reno Corporate Dr., Suite 100
Reno, NV 89511
rdotson@dotsonlaw.legal
dhayward@dotsonlaw.legal

*Attorneys for Defendant*
*Atlantic Richfield Company*

| | |
|---|---|
| DAVIS GRAHAM & STUBBS LLP<br>Jonathan W. Rauchway<br>Adam S. Cohen<br>Cormac Bloomfield<br>Aditi Kulkarni-Knight<br>1550 Seventeenth St., Suite 500<br>Denver, CO 90202<br>Jon.rauchway@dgslaw.com<br>Adam.cohen@dgslaw.com<br>Cormac.bloomfield@dgslaw.com<br>Aditi.kulkarni@dgslaw.com<br><br>*Attorneys for Defendant*<br>*Atlantic Richfield Company* | UNITED STATES DEPT. OF JUSTICE<br>ENRD<br>Brandon N. Adkins<br>Rachel Dorothy Martinez<br>150 M Street, NE<br>Washington, DC 20044<br>brandon.adkins@usdoj.gov<br>rachel.martinez@usdoj.gov<br><br>*Attorneys for*<br>*Defendant United States of America* |
| PISANELLI BICE PLLC<br>James J. Pisanelli<br>M. Magali Mercera<br>400 South 7th St., Suite 300<br>Las Vegas, NV 89101<br>jjp@pisanellibice.com<br>mmm@pisanellibice.com<br><br>*Attorneys for Defendant*<br>*Le Petomane XXVII, Inc., an Illinois Corporation in its representative capacity as trustee of the Nevada Environmental Response Trust* | UNITED STATES ATTORNEY'S OFFICE<br>District of Nevada<br>Lindsay Ager, Asst. U.S. Attorney<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, NV 89101<br>Lindsay.Ager@usdoj.gov<br><br>*Attorneys for Defendant*<br>*United States of America* |
| EDGCOMB LAW GROUP, LLP<br>John D. Edgcomb<br>591 Redwood Highway, Suite 2320<br>Mill Valley, CA 94941<br>jedgcomb@edgcomb-law.com<br><br>*Attorneys for Defendant*<br>*Bayer CropScience, Inc.* | McDONALD CARANO LLP<br>Ryan J. Works<br>John A. Fortin<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, NV 89102<br>rworks@mcdonaldcarano.com<br>jfortin@mcdonaldcarano.com<br><br>*Attorneys for Defendant*<br>*Bayer CropScience, Inc.* |

| | |
|---|---|
| EDGCOMB LAW GROUP, LLP<br>Gabriel J. Padilla<br>2102 Business Center Dr., Suite 130 #651<br>Irvine, CA 92612<br>gpadilla@edgcomb-law.com<br><br>*Attorneys for Defendant*<br>*Bayer CropScience, Inc.* | FOLEY & LARDNER LLP<br>Eric L. Maassen<br>Tanya C. O'Neill<br>777 E. Wisconsin Ave.<br>Milwaukee, WI 53202<br>emaassen@foley.com<br>toneill@foley.com<br><br>*Attorneys for Defendant*<br>*Le Petomane XXVII, Inc., an Illinois Corporation, in its representative capacity as trustee of the Nevada Environmental Response Trust* |

          /s/ Roni L. Shaffer
Employee of Parsons Behle & Latimer

PARSONS BEHLE & LATIMER

28015.001\4858-2737-6344.v2

6