Robert A. Dotson
Dotson Law
5355 Reno Corporate Dr, Suite 100
Reno, NV, 89511
Telephone: (775) 501-9400
Facsimile: (755) 322-1865
Email: rdotsonlaw.legal

Jonathan W. Rauchway, *pro hac vice*
Adam S. Cohen, *pro hac vice*
Aditi Kulkarni-Knight, *pro hac vice*
Cormac Bloomfield, *pro hac vice*
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Telephone: (303) 892-9400
Facsimile:  (303) 893-1379
Email: jon.rauchway@davisgraham.com
Email: adam.cohen@davisgraham.com
Email: aditi.kulkarni@davisgraham.com
Email: cormac.bloomfield@davisgraham.com

*Attorneys for Defendant Atlantic Richfield Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC., et al.,<br><br>Defendants. | Case No.  2:23-CV-02081-GMN-BNW<br><br>**ORDER GRANTING DEFENDANT ATLANTIC RICHFIELD'S AND THE UNITED STATES OF AMERICA'S JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWERS** |

BEFORE THE COURT is Defendants Atlantic Richfield Company's and the United States of America's (together, "Defendants") Joint Motion for Extension of Time to File Answers. The Court finds good cause has been shown to grant the Motion and extend the time to file Answers.

Accordingly, IT IS HEREBY ORDERED: Defendants' Joint Motion for Extension of Time to File Answers is hereby GRANTED.

IT IS FURTHER ORDERED that the deadline by which Defendants must file Answers is stayed pending the Court's resolution of the Motion to Enter the [Proposed] Consent Decree (ECF No. 114) and entry of the Consent Decree.

IT IS FURTHER ORDERED that if the Court denies the Motion to Enter the Consent Decree, Defendants will have fourteen days from the Court's order to file their Answers.

DATED November 7, 2024

_____
Gloria M. Navarro
United States District Judge