James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile:  702.214.2101

Eric L. Maassen, Esq. (*pro hac vice*)
emaassen@foley.com
Tanya C. O'Neill, Esq. (*pro hac vice*)
toneill@foley.com
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, Wisconsin 53202
Telephone: 414.297.5585

*Attorneys for Le Petomane XXVII, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC. a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC. a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATE OF AMERICA,<br><br>Defendants. | CASE NO. 2:23-cv-02081-GMN-BNW<br><br>**STIPULATION TO EXTEND LE PETOMANE XXVII, INC.'S TIME TO ANSWER OR RESPOND TO AMENDED COMPLAINT (ECF NO. 35)**<br><br>*(Third Request)* |

Plaintiff SUNSET COMMERCIAL LLC ("Sunset" or "Plaintiff") and Defendant LE PETOMANE XXVII, INC., as trustee of the NEVADA ENVIRONMENTAL RESPONSE TRUST

1

("NERT" or "Defendant"), by and through counsel of record, and consistent with LR IA 6-1(a), hereby stipulate and agree as follows:

NERT's answer or other response to the Amended Complaint (ECF No. 35) is currently due on November 14, 2024. In order to facilitate continuing settlement negotiations, Plaintiff has agreed that NERT shall have an additional 32 days (up to and including Monday, December 16, 2024) to answer or otherwise respond to the Amended Complaint.

The parties seek to abide by this Court's "Standing Order" filed on December 19, 2023 (ECF No. 9), stating that "Judge Navarro will generally deny a stipulation or motion for a continuance or extension of time which lacks justification," and that "[s]uch requests may be granted only in extraordinary circumstances if just cause is presented."

The parties to this Stipulation therefore identify the following points of justification that show just cause exists for granting the Stipulation:

1. Plaintiff filed its Amended Complaint (ECF No. 35) on or about April 15, 2024. By stipulation, Defendant's response to the Amended Complaint was due by June 11, 2024 (ECF Nos. 55, 61).

2. Defendant United States of America moved to dismiss the Amended Complaint on May 13, 2024 (ECF No. 64). Defendant Atlantic Richfield Company moved to dismiss the Amended Complaint on May 13, 2024, (ECF No. 65). NERT joined in those motions to dismiss on June 3, 2024 (ECF No. 80).

3. Pursuant to a stipulation of the parties to this Stipulation and the Court's order dated May 7, 2024 (ECF No. 85), the deadline for NERT's answer or other response to the Amended Complaint was extended to 21 days after the Court's final resolution of the motions to dismiss. The Court denied the motions to dismiss on October 24, 2024 (ECF No. 113). Therefore, NERT's deadline to answer or otherwise respond to the Amended Complaint currently is November 14, 2024.

4. Meanwhile, Sunset has filed a Motion to Enter Consent Decree (ECF No. 114) as a resolution of Sunset's claims against Defendant United States of America and Defendant Atlantic Richfield.

5. The parties to this stipulation have been engaged in settlement discussions, and they intend to use the additional time afforded by this stipulation to continue to explore a potential resolution of the claims between them, including in light of the Motion to Enter Consent Decree (ECF No. 114).

6. No party has yet commenced discovery in this case and extending the deadline for NERT to file a responsive pleading or other response would not prejudice any other party to this case, nor would it affect any other deadlines at this early stage in the proceedings.

7. This is the third requested extension of this deadline and is made in good faith and not for purposes of delay.  *See* LR IA 6-1(a).

/ / /

/ / /

PISANELLI BICE PLLC
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

THEREFORE, it is hereby stipulated and agreed by and between Plaintiff and NERT that NERT's time to answer or otherwise respond to the Amended Complaint should be and hereby is extended to December 16, 2024.

DATED: NOVEMBER 13, 2024

PISANELLI BICE PLLC

By: */s/ M. Magali Mercera*
    James J. Pisanelli, Esq., Bar # 4027
    M. Magali Mercera, Esq., Bar # 11742
    400 South 7th Street, Suite 300
    Las Vegas, NV 89101

    Eric L. Maassen, Esq. (*pro hac vice*)
    Tanya C. O'Neill, Esq. (*pro hac vice*)
    FOLEY & LARDNER LLP
    777 E. Wisconsin Avenue
    Milwaukee, Wisconsin 53202

*Attorneys for Defendant LE PETOMANE XXVII, INC., in its representative capacity as Trustee of the NEVADA ENVIRONMENTAL RESPONSE TRUST*

DATED: NOVEMBER 13, 2024

PARSONS BEHLE & LATIMER

By: */s/ Richard J. Angell*
    Richard J. Angell, Nevada Bar ID 9339
    Ashley C. Nikkel, Nevada Bar No. 12838
    50 West Liberty Street, Suite 750
    Reno, NV 89501

*Attorneys for Sunset Commercial LLC*

**ORDER**

IT IS SO ORDERED.
Dated: November 15, 2024

_____
UNITED STATES MAGISTRATE JUDGE

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 13th day of November 2024, I caused to be served via the Court's CM/ECF service system a true and correct copy of the above and foregoing **STIPULATION TO EXTEND LE PETOMANE XXVII, INC.'S TIME TO ANSWER OR RESPOND TO AMENDED COMPLAINT (ECF NO. 35)** *(Third Request)* to all parties on the Court's CM/ECF service list.

　　　　　　　　　　　　　　　　　　*/s/ Cinda Towne*
　　　　　　　　　　　　　　　　　　An employee of PISANELLI BICE PLLC