1  Ryan J. Works, Esq. (NSBN 9224)
   John A. Fortin, Esq. (NSBN 15221)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  rworks@mcdonaldcarano.com
   jfortin@mcdonaldcarano.com
5
6  John D. Edgcomb, Esq. (admitted *pro hac vice*)
   EDGCOMB LAW GROUP, LLP
7  591 Redwood Highway, Suite 2320
   Mill Valley, CA 94941
   Telephone: (415) 399-1555
8  jedgcomb@edgcomb-law.com

9  Gabriel Padilla, Esq. (admitted *pro hac vice*)
   EDGCOMB LAW GROUP, LLP
10 2102 Business Center Dr., Suite 130, #651
   Irvine, CA 92612
11 Telephone: (818) 683-6904
   gpadilla@edgcomb-law.com
12
13 Attorneys for *Bayer CropScience Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>            Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC., a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>            Defendants. | Case No. 2:23-cv-02081-GMN-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR NON-SETTLING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO ENTER CONSENT DECREE**<br><br>**(First Request)** |

  Defendants Bayer CropScience Inc., Montrose Chemical Corporation of California, a Delaware Corporation; Olin Corporation, a Virginia Corporation, Titanium Metals Corporation, a Delaware Corporation; Le Petomane XXVII, Inc., an Illinois Corporation, in its representative

4878-4019-7628.2

1 capacity as the Nevada Environmental Response Trust Trustee (collectively, "Non-Settling Parties") respectfully request that the Court extend the deadline for the Non-Settling Parties to file their responses to plaintiff Sunset Commercial LLC's ("Sunset" or "Plaintiff") Motion to Enter Consent Decree [ECF No. 114] by seven (7) days, from November 19, 2024 to November 26, 2024. Sunset consents to the requested extension. This is the first request to extend the deadline.

The Non-Settling Parties seek the requested extension to continue negotiations over the terms of a proposed Stipulation and Order with Sunset, the United States of America and Atlantic Richfield Company that, if successfully completed, would moot the need for the Settling Parties to oppose the Motion to Enter Consent Decree. Sunset has consented to the requested extension. The undersigned represent that this stipulation is not designed for purposes of delay.

IT IS SO STIPULATED.

DATED this 19th day of November 2024.

LATHAM & WATKINS LLP

/s/ Kelly E. Richardson
Kelly E. Richardson (NSBN 7880)
Jake Ryan (admitted *pro hac vice*)
12670 High Bluff Drive
San Diego, CA 92130
kelly.richardson@lw.com
jake.ryan@lw.com

CAMPBELL & WILLIAMS
J. Colby Williams (NSBN 5549)
710 South 7th Street
Las Vegas, Nevada 89101
jcw@cwlawlv.com

*Attorneys for Defendant Montrose Chemical Corporation of California*

DATED this 19th day of November 2024.

McGUIRE WOODS LLP

/s/ Robert F. Redmond
Robert F. Redmond (admitted *pro hac vice*)
Carson R. Bartlett (admitted *pro hac vice*)
800 East Canal Street
Richmond, VA 23219
rredmond@mcguirewoods.com
cbartlett@mcguirewoods.com

HOLLAND & HART LLP
Joseph G. Went (NSBN 9220)
Sydney R. Gambee (NSBN 14201)
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
jgwent@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendant Olin Corporation*

| | |
|---|---|
| DATED this 19th day of November 2024. | DATED this 19th day of November 2024. |
| PARSONS BEHLE & LATIMER | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| /s/ Richard J. Angell<br>Richard J. Angell, Esq. (NSBN 9339)<br>Ashley C. Nikkel, Esq. (NSBN 12838)<br>50 West Liberty Street, Suite 750<br>Reno, Nevada 89501<br>rangell@parsonsbehle.com<br>anikkel@parsonsbehle.com | /s/ J. Christopher Jorgensen<br>J. Christopher Jorgensen (NSBN 5382)<br>Dibora L. Berhanu (NSBN 16046)<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, Nevada 89169<br>cjorgensen@lewisroca.com<br>dberhanu@lewisroca.com |
| *Attorneys for Plaintiff*<br>*Sunset Commercial LLC* | *Attorneys for Defendant*<br>*Titanium Metals Corporation* |
| DATED this 19th day of November 2024. | DATED this 19th day of November 2024. |
| McDONALD CARANO LLP | FOLEY & LARDNER LLP |
| /s/ Ryan J. Works<br>Ryan J. Works (NSBN 9224)<br>John A. Fortin (NSBN 15221)<br>2300 W. Sahara Ave., Suite 1200<br>Las Vegas, Nevada 89102<br>rworks@mcdonaldcarano.com<br>jfortin@mcdonaldcarano.com | /s/ Eric L. Maassen<br>Eric L. Maassen (admitted *pro hac vice*)<br>Tanya C. O'Neill (admitted *pro hac vice*)<br>777 E. Wisconsin Avenue<br>Milwaukee, WI 53202<br>emaassen@foley.com<br>toneill@foley.com |
| EDGCOMB LAW GROUP, LLP<br>John D. Edgcomb (admitted *pro hac vice*)<br>591 Redwood Highway, Suite 2320<br>Mill Valley, CA 94941<br>jedgcomb@edgcomb-law.com | PISANELLI BICE PLLC<br>James J. Pisanelli (NSBN 4027)<br>M. Magali Mercera (NSBN 11742)<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>jjp@pisanellibice.com<br>mmm@pisanellibice.com |
| Gabriel Padilla, Esq. (admitted *pro hac vice*)<br>2102 Business Center Dr., Suite 130, #651<br>Irvine, CA 92612<br>gpadilla@edgcomb-law.com | *Attorneys for Defendant, Le Petomane XXVII, Inc., an Illinois Corporation, in its representative capacity as the trustee of the Nevada Environmental Response Trust* |
| *Attorneys for Defendant*<br>*Bayer CropScience, Inc.* | |

IT IS SO ORDERED:

_____
GLORIA M. NAVARRO
UNITED STATES JUDGE

DATED: November 19, 2024