1  Ryan J. Works, Esq. (NSBN 9224)
   John A. Fortin, Esq. (NSBN 15221)
2  McDONALD CARANO LLP
   2300 West Sahara Avenue, Suite 1200
3  Las Vegas, Nevada 89102
   Telephone: (702) 873-4100
4  rworks@mcdonaldcarano.com
   jfortin@mcdonaldcarano.com
5
6  John D. Edgcomb, Esq. (admitted *pro hac vice*)
   EDGCOMB LAW GROUP, LLP
7  591 Redwood Highway, Suite 2320
   Mill Valley, CA 94941
   Telephone: (415) 399-1555
8  jedgcomb@edgcomb-law.com

9  Gabriel Padilla, Esq. (admitted *pro hac vice*)
   EDGCOMB LAW GROUP, LLP
10 2102 Business Center Dr., Suite 130, #651
   Irvine, CA 92612
11 Telephone: (818) 683-6904
   gpadilla@edgcomb-law.com
12
13 Attorneys for *Bayer CropScience Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC., a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>　　　　　　　　Defendants. | Case No. 2:23-cv-02081-GMN-BNW<br><br>**STIPULATION AND ORDER RE: APPLICATION OF THE UNIFORM COMPARATIVE FAULT ACT TO THE SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANTS THE UNITED STATES OF AMERICA AND ATLANTIC RICHFIELD COMPANY** |

1   All parties to this action hereby stipulate to the following:

2   WHEREAS plaintiff Sunset Commercial LLC ("Plaintiff") has filed a Motion to Enter
3   Consent Decree (ECF #114) requesting that the Court: 1) find a settlement reached in the form of
4   a Consent Decree (attached hereto as Exhibit A) between Plaintiff and defendants the United
5   States of America ("U.S.") and Atlantic Richfield Corporation ("Arco") (collectively, the U.S.
6   and Arco are the "Settling Defendants," and together with Plaintiff, the "Settling Parties") to be
7   in good faith, and 2) enter the Consent Decree as an Order of the Court; and

8   WHEREAS, subparagraphs 6(b) and (c) of the Consent Decree bar any known or unknown
9   contribution claims against the Settling Defendants for Covered Matters (as defined in the Consent
10  Decree) to the fullest extent permitted by law, which would include claims by the remaining
11  named defendants, Bayer CropScience, Inc., Montrose Chemical Corporation of California, Olin
12  Corporation, Titanium Metals Corporation, and Le Petomane XXVII, Inc., in its representative
13  capacity as the Nevada Environmental Response Trust Trustee (collectively, "the Non-Settling
14  Parties"); and

15  WHEREAS, under subparagraph 6(c) of the Consent Decree, Plaintiff shall assume and
16  bear the risk if it is ultimately determined that the amount paid by a Settling Defendant pursuant
17  to the Consent Decree is less than that Settling Defendant's equitable share of Response Costs (as
18  defined in the Consent Decree), damages, or both, alleged by Plaintiff, and, in the event of any
19  such determination, the full amount of any under-payment shall be borne solely by Plaintiff; and

20  WHEREAS, section 6 of the Uniform Comparative Fault Act ("UCFA") provides: "A
21  release, covenant not to sue, or similar agreement entered into by a claimant and a person liable
22  discharges that person from all liability for contribution, but it does not discharge any other
23  persons liable upon the same claim unless it so provides. However, the claim of the releasing
24  person against other persons is reduced by the amount of the released person's equitable share of
25  the obligation, determined in accordance with the provisions of Section 2."

26  WHEREAS, the Non-Settling Parties are willing to stipulate to the good faith of the
27  settlement embodied in the Consent Decree and not to oppose entry of the Consent Decree, subject
28  to the Settling Parties clarifying that the UCFA's proportionate share method shall apply to any

claims for the Covered Matters (as defined in the Consent Decree) among Plaintiff and any person or entity other than the Settling Defendants, including the Non-Settling Parties; and

THEREFORE, all parties STIPULATE that:

1. For the purposes of Covered Matters (as defined in the Consent Decree) and this action only, the proportionate-share rule of section 6 of the UCFA (and not the rules contemplated in 42 U.S.C. § 9613(f)(2) (CERCLA § 113(f)(2)) or Nev. Rev. Stat. § 17.245.1(b) or any other statute or common law) applies to discharge the released parties from all liability for contribution, regardless whether such claims are founded in CERCLA or state law) and reduce the potential liability of any person or entity that has not entered into a settlement, release, or similar agreement with Plaintiff by the amount of the released parties' equitable shares of the obligation, as opposed to by the amount of the settlement payments by the released parties;

2. Execution and entry of the Consent Decree by the Court is not opposed by any party;

3. The Effective Date of the Consent Decree is the date that <u>both</u> the Consent Decree and this Stipulation and Order are entered as Orders of the Court; and

4. The stipulations set forth herein are for the purpose of the Covered Matters (as defined in the Consent Decree) and this action only and are not admissions or stipulations for any other purpose, nor may they be used against any party in any other proceeding.

DATED this 26th day of November 2024

UNITED STATES OF AMERICA

 */s/ Brandon N. Adkins* 
Brandon N. Adkins
Rachel D. Martinez
P.O Box 7611
Washington, DC 20044
Brandon.Adkins@usdoj.gov
Rachel.Martinez@usdoj.gov

*Attorneys for Defendant United States of America*

DATED this 26th day of November 2024.

DAVIS GRAHAM & STUBBS LLP

 */s/ Adam S. Cohen* 
Jonathan W. Rauchway
Adam S. Cohen
Cormac Bloomfield
Aditi Kulkarni-Knight
1550 Seventeenth St., Suite 500
Denver, CO 90202
Jon.rauchway@dgslaw.com
Adam.cohen@dgslaw.com
Cormac.bloomfield@dgslaw.com
Aditi.kulkarni@dgslaw.com

*Attorneys for Defendant
Atlantic Richfield Company*

| | | |
|---|---|---|
| 1 | DATED this 26th day of November 2024. | DATED this 26th day of November 2024. |
| 2 | FOLEY & LARDNER LLP | McGUIRE WOODS LLP |
| 3 | /s/ Eric L. Maassen | /s/ Robert F. Redmond |
| | Eric L. Maassen (admitted *pro hac vice*) | Robert F. Redmond (admitted *pro hac vice*) |
| 4 | Tanya C. O'Neill (admitted *pro hac vice*) | Carson R. Bartlett (admitted *pro hac vice*) |
| | 777 E. Wisconsin Avenue | 800 East Canal Street |
| 5 | Milwaukee, WI 53202 | Richmond, VA 23219 |
| | emaassen@foley.com | rredmond@mcguirewoods.com |
| 6 | toneill@foley.com | cbartlett@mcguirewoods.com |

| | | |
|---|---|---|
| 7 | PISANELLI BICE PLLC | HOLLAND & HART LLP |
| | James J. Pisanelli (NSBN 4027) | Joseph G. Went (NSBN 9220) |
| 8 | M. Magali Mercera (NSBN 11742) | Sydney R. Gambee (NSBN 14201) |
| | 400 South 7th Street, Suite 300 | 9555 Hillwood Drive, 2nd Floor |
| 9 | Las Vegas, Nevada 89101 | Las Vegas, Nevada 89134 |
| | jjp@pisanellibice.com | jgwent@hollandhart.com |
| 10 | mmm@pisanellibice.com | srgambee@hollandhart.com |

11  *Attorneys for Defendant, Le Petomane XXVII, Inc., an Illinois Corporation, in its representative capacity as the trustee of the Nevada Environmental Response Trust*  *Attorneys for Defendant Olin Corporation*

| | | |
|---|---|---|
| 14 | DATED this 26th day of November 2024. | DATED this 26th day of November 2024. |
| 15 | LATHAM & WATKINS LLP | McDONALD CARANO LLP |
| 16 | /s/ Kelly E. Richardson | /s/ John A. Fortin |
| | Kelly E. Richardson (NSBN 7880) | Ryan J. Works (NSBN 9224) |
| 17 | Jake Ryan (admitted *pro hac vice*) | John A. Fortin (NSBN 15221) |
| | 12670 High Bluff Drive | 2300 W. Sahara Ave., Suite 1200 |
| 18 | San Diego, CA 92130 | Las Vegas, Nevada 89102 |
| | kelly.richardson@lw.com | rworks@mcdonaldcarano.com |
| 19 | jake.ryan@lw.com | jfortin@mcdonaldcarano.com |

| | | |
|---|---|---|
| 20 | CAMPBELL & WILLIAMS | EDGCOMB LAW GROUP, LLP |
| | J. Colby Williams (NSBN 5549) | John D. Edgcomb (admitted *pro hac vice*) |
| 21 | 710 South 7th Street | 591 Redwood Highway, Suite 2320 |
| | Las Vegas, Nevada 89101 | Mill Valley, CA 94941 |
| 22 | jcw@cwlawlv.com | jedgcomb@edgcomb-law.com |

23  *Attorneys for Defendant Montrose Chemical Corporation of California*  Gabriel Padilla, Esq. (admitted *pro hac vice*)
24  2102 Business Center Dr., Suite 130, #651
Irvine, CA 92612
gpadilla@edgcomb-law.com

*Attorneys for Defendant
Bayer CropScience, Inc.*

| | | |
|---|---|---|
| 1 | DATED this 26th day of November 2024. | DATED this 26th day of November 2024. |
| 2 | PARSONS BEHLE & LATIMER | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| 4 | */s/ Richard J. Angell*<br>Richard J. Angell<br>Ashley C. Nikkel | */s/ J. Christopher Jorgensen*<br>J. Christopher Jorgensen (NSBN 5382)<br>Dibora L. Berhanu (NSBN 16046) |
| 5 | 50 West Liberty Street, Suite 750<br>Reno, NV 89501 | 3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, Nevada 89169 |
| 6 | rangell@parsonsbehle.com<br>anikkel@parsonsbehle.com | cjorgensen@lewisroca.com<br>dberhanu@lewisroca.com |
| 8 | *Attorneys for Plaintiff*<br>*Sunset Commercial LLC* | *Attorneys for Defendant*<br>*Titanium Metals Corporation* |

IT IS SO ORDERED:

_____
GLORIA M. NAVARRO
UNITED STATES JUDGE

DATED: November 26, 2024