```
 1  ROBERT A. DOTSON
    Nevada State Bar No. 5285
 2  DANIEL T. HAYWARD
    Nevada State Bar No. 5986
 3  DOTSON, HAYWARD & VANCE, PC
    5355 Reno Corporate Dr., Ste 100
 4  Reno, Nevada 89511
    Tel: (775) 501-9400
 5  Email: rdotson@dhvnv.com
           dhayward@dhvnv.com
 6
    JONATHAN W. RAUCHWAY, Admitted Pro Hac Vice
 7  ADAM S. COHEN, Admitted Pro Hac Vice
    CORMAC BLOOMFIELD, Admitted Pro Hac Vice
    ADITI KULKARNI-KNIGHT, Admitted Pro Hac Vice
 8  DAVIS GRAHAM & STUBBS LLP
    1550 Seventeenth Street, Suite 500
 9  Denver, Colorado 80202
    Tel: 303-892-9400
10  Email: jonathan.rauchway@dgslaw.com
           adam.cohen@dgslaw.com
11         cormac.bloomfield@dgslaw.com
           aditi.kulkarni@dgslaw.com
12  Attorneys for Defendant,
    Atlantic Richfield Company
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company, | Case No.: 2:23-cv-02081-GMN-BNW |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| BAYER CROPSCIENCE, INC., a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC., a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA. | |
| Defendants. | |

1

Pursuant to LR IA 11-6, Defendant ATLANTIC RICHFIELD COMPANY hereby substitutes Robert A. Dotson of Dotson, Hayward & Vance, PC, 5355 Reno Corporate Drive, Suite 100, Reno, Nevada 89511, tel: (775) 501-9400, as its attorney of record in place and stead of Robert A. Dotson of Dotson Law.

For avoidance of confusion, Defendant ATLANTIC RICHFIELD COMPANY states that Robert A. Dotson will remain its local attorney of record, but that his firm affiliation has changed.

DATED: _____                    ATLANTIC RICHFIELD COMPANY

                                          *Amanda Goldstein*
                                          By: Amanda Goldstein

I consent to the above substitution.

DATED: 2/3/2025                           DOTSON LAW

                                          ROBERT A. DOTSON
                                          Nevada State Bar No. 5285

I am duly admitted to practice in this District. I accept the substitution.

DATED: 2/6/25                             DOTSON, HAYWARD & VANCE, PC

                                          ROBERT A. DOTSON
                                          Nevada State Bar No. 5285
                                          5355 Reno Corporate Drive, Suite 100
                                          Reno, Nevada 89511
                                          Tel:   (775) 501-9400
                                          *Attorneys for Defendant,*
                                          *Atlantic Richfield Company*

Please check one: ✓ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: 2/10/2025                          _____
                                          UNITED STATES MAGISTRATE JUDGE

DOTSON, HAYWARD
& VANCE, PC
5355 RENO CORPORATE DR.
SUITE #100
RENO, NEVADA 89511

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of DOTSON, HAYWARD & VANCE, PC and that on this date I caused to be served a true and correct copy of the foregoing by electronic service to the participants in this case who are registered with the PACER system for this matter.

DATED this _6_ day of February 2025.

_____
L. MORGAN BOGUMIL