Richard J. Angell, Nevada Bar ID No. 9339
Ashley C. Nikkel, Nevada Bar ID No. 12838
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
Telephone: 775.323.1601
Facsimile: 775.348.7250
rangell@parsonsbehle.com
anikkel@parsonsbehle.com

*Attorneys for Plaintiff*
*Sunset Commercial LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC., a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; NL INDUSTRIES, INC., a New Jersey Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 2:23-CV-02081-GMN-BNW<br><br>**MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO MOTION TO AMEND ANSWER TO AMENDED COMPLAINT** |

Plaintiff Sunset Commercial LLC ("Sunset" or "Plaintiff"), by and through its undersigned counsel, hereby requests an extension of time for the parties to file a response to Defendant Montrose Chemical Corporation of California's ("Montrose's") Motion to Amend [58] Answer to Amended Complaint (ECF No. 130) ("Motion") in this matter. In support of this request, Sunset states as

/ / /

follows:

1. Sunset's current deadline to file a response to Montrose's Motion is June 16, 2025.

2. Sunset has been engaged in productive settlement conversations with Montrose.

3. Sunset and Montrose have reached an agreement in principle for settlement.

4. Sunset believes an extension by this Court of the time within which Sunset shall response to the Motion from June 16, 2025, to August 1, 2025, would conserve party and judicial resources, and allow the two parties to finalize their settlement.

5. Montrose has indicated it does not oppose this Motion.

6. This would be the first extension of this deadline and is made in good faith and not for purposes of delay. *See* LR IA 6-1(a).

In light of the foregoing circumstances, Sunset requests that the Court enter an order extending the deadline for Sunset to response to the Motion to and including August 1, 2025.

DATED: June 16, 2025.   PARSONS BEHLE & LATIMER

By:   */s/ Ashley C. Nikkel*
Richard J. Angell, Nevada Bar ID 9339
Ashley C. Nikkel, Nevada Bar No. 12838
50 West Liberty Street, Suite 750
Reno, NV 89501
rangell@parsonsbehle.com
anikkel@parsonsbehle.com
*Attorneys for Plaintiff*
*Sunset Commercial LLC*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: 6/17/2025

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the law firm of Parsons Behle & Latimer and that on the 16th day of June, 2025, I filed a true and correct copy of the foregoing document, **MOTION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO MOTION TO AMEND ANSWER TO AMENDED COMPLAINT,** with the Clerk through the Court's CM/ECF system, which sent electronic notification to all parties on the e-service list.

　　　　　　　　　　　　　　　　　　　*/s/ Nancy A. Prout*
　　　　　　　　　　　　　　　　　　　Employee of Parsons Behle & Latimer

3