1  Richard J. Angell, Nevada Bar ID No. 9339
2  Ashley C. Nikkel, Nevada Bar ID No. 12838
   PARSONS BEHLE & LATIMER
3  50 West Liberty Street, Suite 750
   Reno, NV 89501
4  Telephone: 775.323.1601
   Facsimile: 775.348.7250
5  rangell@parsonsbehle.com
   anikkel@parsonsbehle.com
6
7  *Attorneys for Sunset Commercial LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUNSET COMMERCIAL LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CROPSCIENCE, INC., a New York Corporation; MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, a Delaware Corporation; ATLANTIC RICHFIELD COMPANY, a Delaware Corporation; OLIN CORPORATION, a Virginia Corporation, TITANIUM METALS CORPORATION, a Delaware Corporation; LE PETOMANE XXVII, INC., an Illinois Corporation, in its representative capacity as the NEVADA ENVIRONMENTAL RESPONSE TRUST TRUSTEE; and the UNITED STATES OF AMERICA.<br><br>Defendants. | Case No. 2:23-CV-02081-GMN-BNW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

The parties, SUNSET COMMERCIAL LLC ("Plaintiff" and/or "Sunset") and Defendants MONTROSE CHEMICAL CORPORATION OF CALIFORNIA ("Montrose"), BAYER CROPSCIENCE, INC. ("Bayer"), OLIN CORPORATION "(Olin"), TITANIUM METALS CORPORATION ("Timet"), and LE PETOMANE XXVII, INC. as trustee for the NEVADA ENVIRONMENTAL RESPONSE TRUST; ("Le Petomane" and/or "NERT") (collectively the "Parties"), by and through their attorneys of record, having executed settlement agreements and the Court granting the Parties' Motions for Determination of Good Faith Settlement (ECF No. 148),

hereby stipulate and agree to the dismissal of this action, with prejudice, with each party to bear their own costs and attorney fees.

| | |
|---|---|
| DATED this 13th day of November, 2025. | DATED this 13th day of November, 2025. |
| PARSONS BEHLE & LATIMER | McGUIRE WOODS LLP |
| /s/ Ashley C. Nikkel<br>Richard J. Angell<br>Ashley C. Nikkel<br>50 West Liberty Street, Suite 750<br>Reno, NV 89501<br>rangell@parsonsbehle.com<br>anikkel@parsonsbehle.com<br><br>*Attorneys for Plaintiff*<br>*Sunset Commercial LLC* | /s/ Robert F. Redmond<br>Robert F. Redmond<br>Carson R. Bartlett<br>800 East Canal Street<br>Richmond, VA 23219<br>rredmond@mcguirewoods.com<br>cbartlett@mcguirewoods.com<br>(*Admitted Pro Hac Vice*)<br><br>Joseph G. Went<br>Sydney R. Gambee<br>HOLLAND & HART LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, NV 89134<br>jgwent@hollandhart.com<br>srgambee@hollandhart.com<br><br>*Attorneys for Defendant*<br>*Olin Corporation* |
| DATED this 13th day of November, 2025. | DATED this 13th day of November, 2025. |
| LATHAM & WATKINS LLP | WOMBLE BOND DICKINSON (US) LLP |
| /s/ Kelly E. Richardson<br>Kelly E. Richardson<br>Jake Ryan<br>12670 High Bluff Drive<br>San Diego, CA 92130<br>kelly.richardson@lw.com<br>jake.ryan@lw.com<br>(*Admitted Pro Hac Vice*)<br><br>J. Colby Williams<br>CAMPBELL & WILLIAMS<br>710 South 7th Street<br>Las Vegas, NV 89101<br>jcw@cwlawlv.com<br><br>*Attorneys for Defendant Montrose Chemical*<br>*Corporation of California* | /s/ J. Christopher Jorgensen<br>J. Christopher Jorgensen<br>Dibora L. Berhanu<br>Anona Su<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, NV 89169<br>christopher.jorgensen@wbd-us.com<br>dibora.berhanu@wbd-us.com<br>anona.su@wbd-us.com<br><br>*Attorneys for Defendant*<br>*Titanium Metals Corporation* |

DATED this 13th day of November, 2025.

EDGCOMB LAW GROUP, LLP

/s/ John D. Edgcomb
John D. Edgcomb
591 Redwood Highway, Suite 2320
Mill Valley, CA 94941
jedgcomb@edgcomb-law.com
(Admitted Pro Hac Vice)

Gabriel J. Padilla
EDGCOMB LAW GROUP, LLP
2102 Business Center Drive, Ste. 130, #651
Irvine, CA 92612
gpadilla@edgcomb-law.com
(Admitted Pro Hac Vice)

Ryan J. Works
John A. Fortin
McDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
rworks@mcdonaldcarano.com
jfortin@mcdonaldcarano.com

*Attorneys for Defendant
Bayer CropScience, Inc.*

DATED this 13th day of November, 2025.

FOLEY & LARDNER LLP

/s/ Eric L. Maassen
Eric L. Maassen
Tanya C. O'Neill
777 E. Wisconsin Ave.
Milwaukee, WI 53202
emaassen@foley.com
toneill@foley.com
(Admitted Pro Hac Vice)

James J. Pisanelli
M. Magali Mercera
PISANELLI BICE PLLC
400 South 7th St., Suite 300
Las Vegas, NV 89101
jjp@pisanellibice.com
mmm@pisanellibice.com

*Attorneys for Defendant
Le Petomane XXVII, Inc., an Illinois Corporation, in its representative capacity as the trustee of the Nevada Environmental Response Trust*

**IT IS SO ORDERED.**

Dated this __17__ day of November, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court

PARSONS
BEHLE &
LATIMER

3